PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Marchand            Cr.: 02-00813-001

Name of Sentencing Judicial Officer: The Honorable Faith Hochberg

Date of Original Sentence: March 7, 2005

Original Offense: Possession of Child Pornography

Original Sentence: 24 months imprisonment, three years supervised release. Special conditions imposed: Mental Health Treatment, Community Service, Shall not have contact with minor under age of 18, Computer Restriction.

Type of Supervision: Supervised Release       Date Supervision Commenced: January 26, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervision for     Years, for a total term of     Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the probation officer, to assist in treatment, planning, and case monitoring. The defendant will be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

### CAUSE

Upon release from the custody of the Bureau of Prisons, Mr. Marchand moved in with his ex-wife and is now residing at 48 Taylor Street in High Bridge, New Jersey. The residence is located approximately 200 yards away from an elementary school.

The implementation of polygraph testing would provide the probation office another supervision tool to monitor the case and to minimize any risk and danger to the community.

Respectfully submitted,

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: March 16, 2007

PROB 12B - Page 2
Anthony Marchand

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/27/07
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the probation officer, to assist in treatment, planning, and case monitoring. The defendant will be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

Witness: _____
Senior U.S. Probation Officer
Edwin Vazquez

Signed: _____
Probationer or Supervised Releasee
Anthony Marchand

3/12/07
DATE